UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Mag. Judge Case No. 35m-1038-JGD |
| ) | |
| ROBERT MANOSKY ) | |
| Defendant ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Ryan Boyd, Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Robert Manosky on a complaint filed in the District of New Jersey charging the defendant with possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Ryan Boyd
Special Agent
U.S. Immigration and Customs
 Enforcement

Subscribed and sworn to before me this 16th day of February, 2005.

JUDITH G. DEIN
United States Magistrate Judge