AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

USA

V.

ROBERT MANOSKY

**EXHIBIT AND WITNESS LIST**

Case Number:  05-M-1038-JGD

| PRESIDING JUDGE<br>JUDITH G. DIEN | PLAINTIFF'S ATTORNEY<br>RICHARDSON | DEFENDANT'S ATTORNEY<br>LACHANCE |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>NOREEN A. RUSSO |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2.23.05 | X | X | COMPLAINT |
| 2 | | 2.23.05 | X | X | PHOTOS (4) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Witness 1. Special Agent Boyd |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.