# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                              MAGISTRATE JUDGE'S DOCKET
                                          NO. 2005-m- 1038-JGD

ROBERT MANOSKY,
      Defendant.

## *ORDER OF DETENTION PENDING TRIAL*

**COLLINGS, U.S.M.J.**

      In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held.  I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I - Findings of Fact

____   (1)   The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

        ___   a crime of violence as defined in 18 U.S. C. §3156(a)(4).

        ____   an offense for which the maximum sentence is life imprisonment or death.

        ____   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act, or the
Maritime Drug Enforcement Act.

        ____   a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C), or comparable state or local offenses.

____   (2)   The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

____   (3)   A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1).

____   (4)   Findings Nos (1), (2) and (3) establish a rebuttable presumption that no condition or

combination of conditions will reasonable assure the safety of (an)other person(s) and the community.  I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

____  (1)    There is probable cause to believe that the defendant has committed an offense.
                      ____    for which a maximum term of imprisonment of ten years or more is prescribed in
                                  the Controlled Substances Act
                      ____    under 18 U.S.C. §924(c).

____  (2)    The defendant has not rebutted the presumption established by finding 1 that no condition
                  or combination of conditions will reasonably assure the safety of the community.

### Alternative Findings (B)

 X    (1)    There is a serious risk that the defendant will not appear.
____  (2)    There is a serious risk that the defendant will endanger the safety of
                  another person or the community if released.

## Part II - Written Statement of Reasons for Detention

The defendant has no roots anywhere.  He evidently left New Jersey when he learned he was being investigated for the charge currently before him in that District.  He had been living with a friend before his arrest; he is unemployed and owns no real estate.  The defendant is unable to post any security nor to suggest any person willing to act as third-party custodian.  Absent surety and a third-party custodian, there are no conditions or combination of conditions which will reasonably assure the defendant's appearance.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appear.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

/s/ Robert B. Collings
_____
ROBERT B. COLLINGS
United States Magistrate Judge

Dated: March 10, 2005.

2