THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF *NEW JERSEY*

UNITED STATES OF AMERICA )
    )         **05** CR **10133** NG
v.    )
    )    CRIMINAL NO. *05-124 (GEB)*
    )                    *(D. N J.)*
ROBERT MANOSKY, Defendant )

*MAGISTRATE JUDGE'S DOCKET*
*05-M-1038 JGD*
*(D. MASS.)*

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(Under FRCP 20)

I, *Robert MANOSKY*, defendant, have been informed that (a/n

indictment, ~~information~~, ~~complaint~~) is pending against me in the

above-designated cause.    I wish to plead guilty to the offense

charged, to consent to disposition of the case in the District of

Massachusetts in which I (am under arrest, am held), and to waive

trial in the above-captioned District.

Dated: *March 10* , ~~19~~ *2005* at *4:00*

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

APPROVED

_____          *Christopher J. Christie*
Michael J. Sullivan                CHRISTOPHER J. CHRISTIE
United States Attorney             (Type name of United States Attorney)
District of Massachusetts          United States Attorney
                                   DISTRICT OF NEW JERSEY
                                   (Type district)

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____    **Category No.** III _____    **Investigating Agency** DHS _____

**City** _____

**County** Hunterdon _____

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    05-MJ-01038JGD _____
Search Warrant Case Number _____
(R 20/R 40 from District of    New Jersey _____

**Defendant Information:**

Defendant Name    Robert Manosky _____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1943    SSN (last 4 #): 0823    Sex M    Race: White    Nationality: U.S.

**Defense Counsel if known:**    John LaChance, Esq. _____    **Address:** 600 Worcester Road
Framingham, MA 01702

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA    Robert E. Richardson _____    Bar Number if applicable _____

Interpreter:    ☐ Yes    ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:**    2/16/05 _____

☒ Already in Federal Custody as    pretrial detainee    in    custody of U.S. Marshal _____ .

☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/31/05 _____    Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Robert Manosky _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C.  2252A(a)(5)(B) | Possession of child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**