UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 05-10133 |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| ROBERT MANOSKY, | ) | |
| Defendant | ) | |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

NOW COMES, Robert Manosky, the Defendant in the above-captioned indictment and moves that his Rule 11 Hearing be continued from Monday, January 9, 2006 to either Thursday, January 26, 2006; Friday, January 27, 2006; Monday, February 6, 2006; Tuesday, February 7, 2006 and / or Wednesday, February 8, 2006.

In support of this motion, Counsel for Defendant states the following:

1.     Counsel is to begin a first degree murder trial in the Worcester Superior Court, Commonwealth v. Druce on Monday, January 9, 2006. Counsel does not expect a delay in the commencement of this matter.

2.     Counsel, in preparing for the Druce trial, has not had adequate time to speak with and advise Defendant regarding his change of plea.

THEREFORE, Defendant, seeks to continue his hearing date for the foregoing reasons from Monday, January 9, 2006 to either Thursday, January 26, 2006; Friday, January 27, 2006; Monday, February 6, 2006; Tuesday, February 7, 2006 and / or Wednesday, February 8, 2006.

Respectfully submitted;
**ROBERT MANOSKY**
By his Attorney;

Dated:  December 29, 2005

/s/ John H. LaChance
John H. LaChance, Esq.
BBO# 282500
600 Worcester Road
Suite 501
Framingham, MA 01702
Tel:  (508) 879-5730