Michael S. Weiner
583 Warbler Court
Highland Park, IL 60035

847-433-7311

The Honorable Nancy Gertner
United States District Court Judge
United States District Courthouse
One Courthouse Way
Boston, MA 02210

April 25, 2006

Dear Judge Gertner:

I am writing this letter to you on behalf of my oldest friend, Robert Manosky. I met Bob 60 years ago. He and I lived in Mattapan, two houses apart and, each being "only" children, quickly became inseparable, each others' best friend and, for all intent and purpose, the closet thing that either of us had to a brother. We went to public school together, elementary school through high school and, though, we went to different colleges, remained as close to one another as possible.

I grew up with the Manosky family and Bob grew up with my family. Most of the time, it was near impossible to distinguish one from the other. In 1968, when I was planning to be married, there was not even a question as to who would be my best man at my wedding - it would be "my brother, Bob"

I watched for years as Bob literally put his own life on hold to care for his aging, ill parents, Up until just a few years back when his father passed away at about age 94. his devotion to them was one of the most unselfish things I personally have witnessed in my life. Twenty four years ago, my family and I relocated from Framingham to Highland Park, Illinois to take advantage of an extraordinary career opportunity. At that time, I had to leave my mother living in Newton but she and I always knew that she still had a 'son' in Boston, Bob Manosky. From that time in 1982 until my mother's death just last year, she and Bob spoke on the phone several times a week and saw each other a couple of times a month. In fact, even when Bob moved to New Jersey, a certain time every single Sunday

The Honorable Nancy Gertner                                   Page 2

morning was devoted to a phone call between Bob and "Auntie Miriam." I can tell you without hesitation, that my mother treasured Robert Manosky.

As you can surmise, I have known Bob throughout every phase of his (and my) life. I know a good, decent, caring, loving person. I have never known him to be of any harm to anyone or to himself. I sincerely believe that the past year and a half have been a horrible wakeup call for Bob and this experience has strengthened his resolve to get on with his life in an honorable and productive way. I have no doubt whatsoever that given the opportunity that this is exactly what he will do with some help and encouragement and guidance.

I have been in touch with Bob throughout his time in Plymouth. speaking occassionally on the phone and writing regularly, I am convinced that he is eager to get on with his life in a proper and respectful way and will not find any trouble along the way, in fact, will go out of his way to avoid it. He has a lot of people who care about him.

I would respectfully ask that you strongly consider allowing Robert to do so. Please, should you feel it important, do not hesitate to either call me or request any other information you'd feel helpful.

Sincerely,

Michael S. Weiner

b.c.c. JOHN LACHANCE, ESQ.